02-16-17;12:45PM; ;217-2█████ # 41/ 69

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Injury Report

Offender Name: **JOHNSON**   ID#: **B18840**

Age: **42 yrs**  Date of Birth: _____  Sex: **M**  Race: _____

Date of Injury: **3/10/14**  Time of Injury: **6am** ☒am ☐pm  Location: **cell house**

How did the injury occur?

**Altercation**

Was it witnessed by staff? ☒ No ☐ Yes (if yes, please list names)

**Location in facility:**
☐ LTA (gym, basketball, football, etc.)
☐ Group (therapy)
☐ Housing Unit (cell, dayroom, tv room, etc.)
☐ School (classroom, library)
☐ Kitchen
☐ Other **cell house**

**Type of Injury:**
☐ Sports
☐ Assault
☐ Job Related
☐ Non-Job Related
☐ Self-Inflicted
☐ Fight

_____   **RN**   **3/10/2014**
Signature                Title         Date

(Medical Report on Reverse Side)

DapXl
7/11/17
NCR

Side 1

**EXHIBIT B.1**

02-16-17;12:45PM; ;217-2███ # 42/ 69

Offender Name: Johnson  ID#: B18840

Date of medical examination: 3/10/14  Time: 6:15am ☐ am ☐ pm  Physician Contacted: ☐ Yes ☐ No

**S (Subjective Findings):** My cell mate stated I am snoring too loud and I said I cannot help it, then he jump out of bed and started swinging on me.

**O (Objective Findings):** I/m noted bleeding from both eyes. Assessment revealed lacerations on both eye lids.

Vitals: T 98.7  P 119  R 16  BP 145/98  Tetanus _____

**A (Evaluation of Injury):** _____

**P (Treatment and Follow-up):** Refer c MD.

Disposition of patient:
☐ Return to assignment  ☒ Housing Unit  ☐ Lay in  ☐ Infirmary  ☒ Segregation
☐ Off-site referral for treatment (Destination) _____

Marian Andrews
Print Name of Person Completing Form

WAndrews
Signature

RN
Title

3/10/2014
Date

**To Be Completed By Physician**

I have reviewed this report and would like to see this offender: ☒ Immediately  ☐ Next Sick Call  ☐ PRN

Dr Aguinaldo
Print Physician Name

[signature]
Physician's Signature

3-10-14
Date

Side 2

Distribution: Offender Medical File  *Printed on Recycled Paper*  DOC 0313 (Eff. 07/2006) (Replaces DCA7111-1A1)

Jacksonville302

**EXHIBIT B.1**