ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Medical History

DEP#2
7/11/17
nck

Facility: _____

HIV Opt-Out: [redacted]

☒ Reception History
☐ Periodic History

Date: 3/4/14
Time: 12 ☐ a.m. ☒ p.m.

Offender: B18840 JOHNSON, CEDRIC
Age: 42   DOB: [redacted]
Race: BLK   Sex: M   ☐ Other ____
NRC 03/04/2014
Gender: ☐ Male ☐ Female
Date of Birth: _____ 14

### Subjective: Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | ✓ | | Fish | |
| Smoking | | ✓ | Out | |
| Pediculosis | | ✓ | | |
| (Seizures) | ✓ | | | |
| Asthma | | ✓ | | |
| Cardiac/(HTN) | ✓ | | | |
| Diabetic | | ✓ | | |
| Disability (vision, hearing, etc.) | | | | |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | | | | |
| b. Hx + PPD/Active TB | | | | |
| c. STD | | | | |
| d. HIV +/AIDS | | | | |
| Surgeries | | | | GSW in back & in back of head) 90's |
| Hx of Psych Tx | | | | Hx of being beaten in head c baseball bat |
| a. Past Suicide Attempt | | | | |
| b. Current Suicidal Ideation | | | | |
| Recent Drug/ETOH use | | | | Hx of seizures due to alcohol withdrawal |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☐ | | |
| b. Prosthetics | ☐ | ☐ | | |
| c. Specialized Equipment | ☐ | ☐ | | |
| Other Medications | | | | # See back page for all meds |
| History of Sexual Abuse or Predator | | | | |
| Oriented x3 | | | | |
| Others: | | | | |

**Objective:** T: 97.6  P: 81  ☒ regular ☐ Irregular   R: ___ ☐ regular ☐ Irregular   B/P: 125/81
Height: 6   Weight: 240   Vision: RT 20/300   LT 20/300   Corrected: RT 20/___   LT 20/___
Behavioral appearance, Hearing loss, Mental status, Evidence of deformity, trauma, and skin conditions. Needs glasses — & open skin areas present

**Assessment:** [illegible] Hx diag of seizures, HTN
See notes above
Past seizures due to ETOH withdrawal
* Request ↓ bunk permit
Allergy to Fish

**Plan:** (Check and complete as appropriate)
1. Physical Examination: ☒ Urgent ☐ Routine
2. Mental Health Referral: ☐ Urgent ☒ Routine
3. Health Information Given: ☒ Yes ☐ Refused
4. PPD Results: ☐ Positive ☐ Negative
5. Chest X-ray performed: ☐ N/A ☐ Yes ☐ No
6. Other: _____

Date PPD Administered: X H   Date PPD Read: __/__/__
Reading: ___ mm   By: _____

Print Name of Interviewer: Moffett Collins
Signature: Moffett Collins RN

R & C Use Only
LAB ___ Sickle Cell ☐ Yes ☐ No Dental ___ Panorex MAR 04 2014
EKG ___ CXR ___ Female Only - PAP ___ Mammo ___

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER
Distribution: Offender's Medical Record   Printed on Recycled Paper
JOHNSON00032

**EXHIBIT B.2**

| Offender Information: | | | |
|---|---|---|---|
| Johnson | Cedric | | ID#: B18840 |
| Name | First Name | MI | |

Date: 3/4/14  ☐ a.m. ☐ p.m.
Time: _____

Race: ☐ White ☐ African American ☐ Asian American ☐ Hispanic ☐ Native American ☐ Other
Gender: ☐ Male ☐ Female     Date of Birth: ___/___/___

| Objective: System | Normal | ABN | Explanation: | | | |
|---|---|---|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | | | | |
| Nose and Sinuses | ✓ | | | | | |
| Mouth and Throat | ✓ | | Oral Condition: | WNL | | |
| Ears | ✓ | | Drums Normal/Grossly Intact: | | Hearing: R- / L- Diminished: | |
| Eyes | ✓ | | Pupils: Accommodation: | WNL | Fundoscopic: | |
| Lungs and Chest including Breast | ✓ | | Auscultation: | CTA | | |
| Heart | ✓ | | Rate: Rhythm: | WNL | Size: Murmurs: | |
| Vascular | ✓ | | | | | |
| Abdomen | ✓ | | Consistency: Masses: | FLABBY | Tenderness: Scars: | |
| Anus, Rectum (Prostate – 40+ Male Only) | ✓ | | Visual: Digital: | Refugen | Guaiac +/- R: | |
| Genito-Urinary System | ✓ | | | | | |
| Upper Extremities | ✓ | | Strength: ROM: | | | |
| Lower Extremities | ✓ | | Strength: ROM | WNL | | |
| Spine and Musculo-Skeletal | ✓ | | | | | |
| Skin and Lymphatics | ✓ | | | | | |
| Neurologic DTR's | ✓ | | Romberg: Biceps: Patella: | | | |
| Mental Status | ✓ | | Alert | | | |
| Pelvis (Female Only) | | | Cervix: Fundus: | | Vaginal Canal: PAP: ☐ Y ☐ N ☐ R | |

Assessment: Problem # _____

- N/A
- EtOH SA/Abs/Abu
- S/P Back pain
- [illegible] ETOH [illegible] to Methadone
- LFT [illegible]
- H/H [illegible]
- No other [illegible] this time

Plan: (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes ☑ No
HA: ☐ Yes ☐ No
Food Handler Status: OK

- Norvasc [illegible] GA
- [illegible] [illegible] GA
- [illegible] [illegible] GA
- Doxazosin [illegible] GA

Examiners Signatures:

[signature] Dr. [illegible]       [signature]       3/4/14

CONFIDENTIAL
Distribution: PURSUANT TO PROTECTIVE ORDER    Side 2
Printed on Recycled Paper
JOHNSON00136
CDC 0099 (Rev. 11/2012)

**EXHIBIT B.2**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Physical Examination
_____ Center

Date: 3/4/14
Time: ☐ a.m. ☐ p.m.

Offender Info:
B18840  JOHNSON, CEDRIC
Age: 42    DOB: ▓▓▓▓
Race: BLK    Sex: M
NRC 03/04/2014

Race: ☐ Wh... 14 Other ___
Gender: ☐ Male  ☐ Female    Date of Birth: __/__/__

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ✓ | | |
| Lab reviewed | | ✓ | |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | | ✓ | |
| Substance Abuse | | | |
| a. Alcohol | ▓ | ▓ | ▓ |
| b. IV Drugs | ▓ | ▓ | ▓ |
| c. Other Drugs | ▓ | ▓ | ▓ |
| d. Hx. drug/alcohol withdrawal | ▓ | ▓ | ▓ |
| Shared Needles | ▓ | ▓ | ▓ |
| Sexual Contact with: | | | |
| a. IV drug user | ▓ | ▓ | ▓ |
| b. Prostitute(s) | ▓ | ▓ | ▓ |
| c. Multiple Partners | ▓ | ▓ | ▓ |
| Homosexual Activity | ▓ | ▓ | ▓ |
| STD | ▓ | ▓ | ▓ |
| HIV+/AIDS | ▓ | ▓ | ▓ |
| Blood Transfusions | ▓ | ▓ | ▓ |
| Three or more months of: | | | |
| a. Fever | ☐ | ✓ | |
| b. Diarrhea | ☐ | ✓ | |
| c. Night Sweats | ☐ | ✓ | |
| d. Persistent URI | ☐ | ✓ | |
| Weight Loss (>15 Lbs.) | | ✓ | |
| Lymphadenopathy | | ✓ | |
| Fatigue | | ✓ | |
| Other (Female) | | | |
| a. Mammography | ☐ | ☐ | G ___ P ___ AB ___ LNMP ___ Date/Results: ___ |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member: ___ |
| c. PAP Smear | ☐ | ☐ | Date/Results: ___ |

Past Hospitalizations:
Diagnosis: G-SW -HGSA + BKCR       Diagnosis: Head Trauma & Accident
Date(s): 90's                      Date(s): 90's
Hospital: Michael Reese Hosp       Hospital: Hinsdale Hosp
Location: Chicago                  Location: Hinsdale, IL

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

JOHNSON00037

**EXHIBIT B.2**