ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes
S T A   N R C   CENTER

Offender Information:
Last Name: JOHNSON
First Name: C[illegible]
ID#: B18540

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-[illegible] 8:10AM BP 146/90 P.82 12-18 | MD note<br>G c/o altercation<br>M2 count [illegible] about<br>lac LLT on the face<br>now c/o blurry vis ev<br>Eye J blurry<br>O Acute, not distressed<br>Forehead - slight swelling ethm<br>(L) orbit - sup lac/contus<br>mental - eog full - flexion (TBD)<br>upper eso lymph about 2-3 ml ev<br>sinu - also abrasion (sup)<br>around the orbit<br>unable to check eog due to swelling<br>(L) orbit - lower orbit -<br>abrasion w/[illegible]<br>[illegible] sup lac/ abrasion [illegible]<br>orbit 2° trauma | → Call IA<br>→ [illegible] [illegible]<br>→ [illegible] [illegible]<br>→ P.P. flop<br>Protection of Aiv<br>→ Tetanus toxoid<br>V+scc in sth<br>→ Neo/ poly/ Bac/ optm<br>oint Apply [illegible]<br>[illegible] + 5 DM (given)<br>→ F/U appts.<br>2 orig/ pre<br>→ ECG compl.<br>→ [illegible] 3 cc π tk-<br>c 4-0L # 16 (given) |

Distribution: Offender's Medical Record
DOC 0084 (Eff. 0/2002)
(Replaces DC 71 17)
DAPX3
7/11/17
NCR
EXHIBIT B.3
Jacksonville401