02-16-17;12:45PM; ;217-▮▮▮▮ # 30/ 69

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**X-Ray Requisition**

Facility: NRC

Mailing Address: _____

Phone Number: _____ Ext.: _____
Fax Number: _____

Patient Name: JOHNSON CEDRIC  Date of Birth: ▮▮▮▮
Offender Number: B18540  ☐ Male  ☐ Female
Examination(s) Requested: X-ray (L) orbit / skull
X-ray

Request Date: 3-10-14  Date of Exam: 3-10-14
History/Symptoms: Sup. / Abrasion / Lac. (L) orbit
— Trauma - Brawl.

Report: No new pathology; Old GSW with bullet fragments mainly in outer table @ occipital area.
G. Legro 11 Mar 2014.

Referring Physician: _____

Dr. Agrwl
Print Physician Name       Physician Signature

Technologist:

Print Technologist Name    Technologist Signature

A/3.11.14

Dep X4
7/11/17
rck

Distribution: X-Ray Tech    DOC 0392 (Eff. 01/2013)

**EXHIBIT B.4**                           Jacksonville290