IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


CEDRIC LYN JOHNSON (B18840),  )
                              )
                Plaintiff,    )
                              )
        -vs-                  )   No. 15 CV 885
                              )
EVARISTO AGUINALDO,           )
                              )
                Defendant.    )


DEPOSITION OF:

DR. DAVID J. CASPER, O.D.


TAKEN ON:  November 17, 2017


        Deposition of DR. DAVID J. CASPER, O.D., taken
before RUTH E. SHERWOOD, CSR, RPR, and Notary Public,
pursuant to the Federal Rules of Civil Procedure for the
United States District Courts pertaining to the taking
of depositions, at 15 West Jefferson Street, in the City
of Joliet, Will County, Illinois, at 11:12 o'clock a.m.
on the 17th day of November, A.D., 2017.

        There were present at the taking of this
deposition the following counsel:

**EXHIBIT C**

David Casper, O.D., 11/17/17

1                   A P P E A R A N C E S

2

3

4          MR. JOEL KOPPENHOEFER
           Cunningham, Meyer & Vedrine
5          One East Wacker Drive, Suite 2200
           Chicago, Illinois  60601
6
                on behalf of the Defendant.
7

8

9                   *    *    *    *    *

10

11

12         CASPER EXHIBIT:          PAGE:

13
           Exhibit 1 ............... 4
14
           Exhibit 2 .............. 12
15

16

17

18

19

20

21

22

23

24

George E. Rydman & Assoc., Joliet, IL  (815) 727-4363
**EXHIBIT C**

David Casper, O.D., 11/17/17

```
1              (document marked as requested)
2              (witness sworn)
3               DR. DAVID J. CASPER, O.D.,
4    called as a witness herein, having been first duly
5    sworn, was examined upon oral interrogatories and
6    testified as follows:
7                        EXAMINATION
8                   by MR. KOPPENHOEFER:
9        MR. KOPPENHOEFER:  Sir, can you state your name for
10   the record please.
11       THE WITNESS:  David J. Casper, optometrist.
12       MR. KOPPENHOEFER:  Let the record reflect this is
13   the deposition of David J. Casper, O.D., and set for
14   today's date by subpoena and agreement with the doctor.
15            By the way, the deposition was set for,
16   noticed for 11:00 o'clock on today's date.  It's now
17   11:12.  No one has appeared for the plaintiff, so we're
18   going to go ahead and proceed.
19       Q    Doctor, real quickly, we're here to talk about
20   a patient that you've seen named Cedric Johnson in
21   relation to a lawsuit that he's filed.  I'm going to ask
22   you a series of questions about that care.  If you have
23   an opinion, feel free to tell me what that is.
24            Basically I'll be asking for your opinions
```

**EXHIBIT C**

David Casper, O.D., 11/17/17

1   to a reasonable degree of certainty within your field.

2   If you don't have such an opinion, you can tell me that

3   as well; otherwise, I'll be asking for your

4   recollections of your care of him and what certain

5   things mean, and we have your records here.  Feel free

6   to refresh your recollection by looking at those

7   records, okay?

8        A     Sure.

9        Q     As you can see, we have a court reporter here

10  that's taking everything down, so let's just try to keep

11  a clean record by letting me finish my question before

12  you begin your answer, and I'll do the same before I

13  start my next question.

14       A     Understand.

15       Q     So it appears that you first saw Mr. Johnson

16  on August 25 of 2016.

17       A     Correct.

18       Q     And your note reflecting that visit is marked

19  Exhibit 1.

20       A     Yes.

21       Q     Do you know how it was that Mr. Johnson came

22  to see you on that date?

23       A     He came in for a complete eye examination, and

24  we were in the process of completing the examination and

**EXHIBIT C**

David Casper, O.D., 11/17/17

 1    I requested that he be dilated, and we dilated his eyes

 2    after we came up with an eyeglass prescription, and for

 3    whatever reason, Mr. Johnson had left the office and I

 4    didn't see him again until the next examination in 2017.

 5         Q     So he left before the visit was complete?

 6         A     Yes.

 7         Q     While he was still there, you measured his

 8    visual acuity?

 9         A     To the best of my recollection, I wrote it

10    down.  Frankly, I didn't recall it.  I guessed, because

11    again, he was in the middle of something and he was

12    supposed to wait in my reception area, and for whatever

13    reason he chose to leave.

14         Q     And there's a notation of visual acuity of

15    20/200 in both eyes.

16         A     Uncorrected, that's correct.

17         Q     Uncorrected.  Now, and that's sort of your

18    recollection, some sort of after he left and going back

19    in and completing your paperwork?

20         A     No, that was -- that's for sure.  The

21    recollection was his best corrected acuity.  That 20/200

22    was established before we even started.

23         Q     And was that established through the visual

24    eye chart?

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
 1      A      Yes, the Snellen acuity chart.
 2      Q      And that's the one with the big E at the top,
 3  right?
 4      A      It's the S L letters that are 20/200.
 5      Q      Don't spoil the answers for me.  I don't want
 6  to be accused of cheating at my next eye exam.
 7             You were able to arrive at an eyeglass
 8  prescription for him that would correct that vision?
 9      A      Correct.  To what degree, I guess 20/25, but
10  frankly I just took that number because I figured he
11  might get there, but I wasn't exactly sure about it, but
12  he walked out and we couldn't get him back.
13      Q      What is it that you would need to do to
14  confirm the examination?
15      A      I would have rechecked him, and also too I
16  would have done a more extensive retinal examination.
17  Basically it's called a dilated fundus examination which
18  I was preparing him for, and I didn't get to do that
19  until his next visit a year later.
20      Q      All right.  Now, on August 25 of 2016, he
21  complained of blurred vision far and near with migraines
22  and a blind spot in his left eye since 2014.
23      A      Correct.
24      Q      Now, the blurred vision is something that
```

George E. Rydman & Assoc., Joliet, IL  (815) 727-4363
### EXHIBIT C

David Casper, O.D., 11/17/17

1  basically would be assessed based on what he tells you

2  he sees on the eye chart?

3      A      More than likely, yeah.  When you're blurred,

4  you basically use the focal point of your retina to see

5  letters, and if you don't see the letters clearly, you

6  usually complain of blurriness.

7      Q      The migraines of course is simply based on his

8  self report of that to you?

9      A      That's subjective on his part.

10     Q      And then he talked about a blind spot in his

11 left eye.  Is that something that -- is that something

12 that people have?

13     A      There is a normal blind spot, but it's not

14 perceived.  Based on the testing that I did, gross

15 confrontation and stuff, the best I could determine, I

16 wasn't sure what was going on, and like I say, I didn't

17 really complete the initial examination with him.

18             When I further examined him the next year,

19 then we found the blind spot, whatever else was

20 bothering him.

21     Q      So were you able to make any objective

22 findings in August of 2016?

23     A      Frankly, I did the best I could with the

24 prescription, and we did an assessment of his retina

George E. Rydman & Assoc., Joliet, IL  (815) 727-4363

**EXHIBIT C**

David Casper, O.D., 11/17/17

1  without dilation, and it was not a complete exam and we

2  couldn't get him back.

3      Q     Without dilation, were you able to make any

4  assessment of the retina?

5      A     You could see relatively to the back of the

6  eye directly but slightly to the peripheral part.  It's

7  more difficult to view unless you're dilated.

8            The optic nerve that I saw seemed to be

9  okay and whatever else, you know, you could see with the

10 direct ophthalmoscope without dilation, everything

11 seemed to be good, but I at that point dilated him

12 during the exam so I could do more extensive retinal

13 checking, and like I said, that was not able to be done

14 by me.

15     Q     Were you able to ascertain what Mr. Johnson

16 meant by a blind spot in his eye?

17     A     I assume there was someplace that he couldn't

18 see, and we would have gone into it further if we were

19 going to do more extensive health testing, but he walked

20 out after the refraction and we put the drops in his

21 eyes, so we didn't have a chance to discuss anything

22 further and to assess his retina.

23     Q     Now, when Mr. Johnson gave his deposition, he

24 described the blind spot as, quote, white circles that

David Casper, O.D., 11/17/17

1  flash across my eye, end quote.

2          As an optometrist, if a patient makes a

3  report like that to you, does that indicate anything to

4  you or suggest something to you?

5      A     It suggests perhaps ocular migraines, but a

6  blind spot is basically a spot where you do not see and

7  there's no light.  Basically it's dark or gray or you

8  cannot see.  Like if I'm looking at you and I perceive a

9  blind spot, this whole area is not going to be visible

10  unless I move my head.

11      Q     There is a phenomenon that people experience

12  with their vision called floaters; true?

13      A     Yes.

14      Q     Can you explain what floaters are?

15      A     A floater is usually in the early years

16  derived from the remnants of a blood vessel that goes

17  from the back of the eye to the lens to nourish the lens

18  during fetal development.

19          The vitreous is basically compared to like

20  a fresh out-of-the-refrigerator jello at the time that

21  we're born, and most of those fibers disintegrate, get

22  resorbed, or some little particles fall out.  If the

23  little particles fall out, they're basically held in

24  place by the vitreous.

David Casper, O.D., 11/17/17

1          The vitreous fibers over years essentially

2     is like a plate of melted jello.  If I'm not mistaken,

3     it's like collagen similar to jello proteins, and they

4     get loose and then those particles might come up.  If

5     you see those, those are usually just little hair type

6     things or you might suggest or think there's a bug or

7     something like that, little gnat or something, real,

8     real small.  Those are essentially not a big deal.

9          Floaters in general if there are few of

10    them are not really much of a problem.  If you see a

11    glob of floaters and they appear all of a sudden and you

12    notice flashes of light, off to the side particularly,

13    that could indicate either a vitreal detachment or a

14    retina detachment.

15    Q     All right.  Were you aware that Mr. Johnson

16    was previously assessed with posterior vitreous

17    detachment?

18    A     No.

19    Q     Is that something that you were able to

20    visualize when you looked at his eyes?

21    A     No, and generally those things are relatively

22    benign.  Vitreous detachment will probably not affect

23    the vitreous because essentially the vitreous is a sac

24    of tissue which is inside the eye that is adhered to the

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
 1   retina in a few different places very, very tightly and

 2   generally loosely; and over time if you're -- with

 3   trauma or aging, sometimes that vitreous will break away

 4   from the retina, and if it's a clean break, that's not a

 5   problem because it's not going to pull the retina with

 6   it.  When it pulls the retina with it, that's when you

 7   have a vitreous problem and a severe situation you have

 8   to deal with.

 9       Q     But the posterior vitreous detachment can

10   result in the phenomenon known as floaters; true?

11       A     Oh, yeah.

12       Q     Was there anything else of any substance that

13   came out of that initial visit with Mr. Johnson on

14   August 25 of 2016?

15       A     From a health perspective, I couldn't

16   determine much because I was looking forward to seeing

17   him dilated which I didn't, and had I seen him dilated,

18   I could've assessed it a lot better.

19       Q     By the way, I also noticed in your note that

20   you documented that there was circumcornea hyperpigment

21   in both eyes.

22       A     That's not unusual in darker people.

23       Q     And that's not something that affected his

24   vision, is it?
```

**EXHIBIT C**

David Casper, O.D., 11/17/17

1      A     That's on the sclera, the white part on the

2   outside part of the eye, and that's due to just

3   basically more pigment than normal, and that usually

4   happens in darker pigmented people.

5      Q     It wouldn't have an adverse effect on his

6   vision?

7      A     No, it's a cosmetic thing that you see on the

8   eyeball.

9      Q     Okay.  So you did not see Mr. Johnson again

10   until approximately a year later; is that true?

11      A     Yes.

12      Q     By the way, in that initial visit, did

13   Mr. Johnson relate to you any history about the onset of

14   the symptoms that he was complaining about?

15      A     I don't recall.

16      MR. KOPPENHOEFER:  All right.  And then we've got

17   your report and supporting images from the August 16,

18   2017 visit.  I'm going to go ahead and mark those

19   Exhibit 2.

20             (document marked as requested)

21      Q     So, Doctor, have we marked as Exhibit 2 a true

22   and correct copy of your report from August 16, 2017,

23   with the images you took on that day?

24      A     Yes.

**EXHIBIT C**

David Casper, O.D., 11/17/17

1    Q    Can you tell me, what were the circumstances

2  under which Mr. Johnson came back to see you in August

3  of 2017?

4    A    I was contacted by an attorney representing

5  him and he asked me about my experience with my

6  examination with Mr. Johnson, and I told him based on

7  what I had found so far, the examination was incomplete

8  and I wouldn't be confident in explaining a lot about

9  his condition because I did not do the kind of health

10 evaluation of his eye that I wanted to because we were

11 in the middle of dilation and he left before we

12 completed it, the first visit in August of '16.

13   Q    And as a consequence of that, Mr. Johnson was

14 scheduled to come back in and see you on August 8 of

15 2017?

16   A    I believe that's the date.

17   Q    And then your report is actually dated August

18 16.

19   A    That's when I put the report together.

20   Q    Now, can you tell us what you found about his

21 visual acuity on that day?

22   A    Uncorrected he was 20/400, and when we checked

23 him with a pinhole that would kind of give us an idea

24 what he might be able to see, we got a 20/70

**EXHIBIT C**

David Casper, O.D., 11/17/17

1  correction -- I mean not correction but 20/70 potential

2  with the pinhole in each eye.  That was before we did a

3  refraction.

4     Q     Near vision was 20/60?

5     A     Approximately, yes, and we checked that with a

6  Snellen acuity card at 16 inches.

7     Q     And then on this occasion, you were able to

8  arrive at a prescription for corrective lenses for him?

9     A     Yes.

10     Q     By the way, when he arrived, did he come in

11  with corrective lenses?

12     A     I don't recall.

13     Q     What about for the year before when he came in

14  then?

15     A     I don't believe he had glasses then.

16     Q     What was the prescription then for the lenses

17  that you came up with?

18     A     The resulting prescription was for myopia with

19  astigmatism and presbyopia.  The prescription that we

20  subjectively came to was minus 75, minus 1, axis 84 in

21  the right eye.  In the left eye it was minus 50, minus 1

22  and a quarter, axis 93 with a one-fifty add for

23  presbyopia.

24     Q     So what was his corrected visual acuity?

**EXHIBIT C**

David Casper, O.D., 11/17/17

1    A     The best corrected in the right eye was 20/40,
2    and in the left eye it was 20/50.
3    Q     Can you sort of tell us, I mean is that --
4    that's functional vision?
5    A     Central vision of 20/40 without taking into
6    consideration peripheral vision would give a visual
7    acuity to pass a driver's test, but that's not taking
8    into account peripheral vision.
9    Q     Were you able to assess his peripheral vision?
10   A     Once we did some more extensive testing.  We
11   have automated visual fields that showed his subjective
12   responses to the visual field test that we provided to
13   him.
14   Q     What was that test?
15   A     The test was a 30-2 Humphrey, and the reason
16   why we did a 30-2 Humphrey is to show the entire
17   peripheral visual field, and you have copies.
18   Q     And this involved asking Mr. Johnson to look
19   at certain things in his peripheral vision area and
20   reporting what he sees?
21   A     No.
22   Q     Explain how it works please.
23   A     The way the test is performed, the individual
24   has a patch on one eye, and the eye that's being tested

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
 1   is directed to look at one specific point the whole

 2   time, and they have to be attentive and they have to be

 3   alert to what's going on and they have to essentially

 4   fixate on that one point.

 5              As they are fixating on the point,

 6   peripheral random points light up, central random,

 7   peripheral random, all over the place, and every time

 8   the subject perceives light, they should push a button

 9   which they're holding in their hand.

10   Q     So it relies on I guess honest participation

11   and reporting by the patient?

12   A     It's frankly subjective.  We look at the

13   results, we try to assess them, but the responses that

14   create the result are subjective.

15   Q     All right.  And what were the results of that

16   test?

17   A     He measured a very limited central visual

18   field.

19   Q     What does that mean?

20   A     Let me see here from my report I'm picking up.

21   Let me see here.

22              He basically has a very limited visual

23   field from the visual field test that we performed of --

24   I believe I noted around five degrees.
```

**EXHIBIT C**

David Casper, O.D., 11/17/17

1    Q    And that's in the right eye?

2    A    Yeah.  The left eye was even worse.

3    Q    What is a typical visual field that you expect

4    to see?

5    A    70, 80 degrees.

6    Q    So what were the results in the left eye?

7    A    He basically didn't respond.  Now, I'm going

8    to clarify the way we usually perform the test.  We

9    start with the right eye, and upon completion of the

10   right eye, there's multiple points there that they have

11   to respond to.

12           Then we do the left eye, and we did the

13   left eye I believe second to the right eye, actually the

14   time stamped at 16 minutes later, and on the left eye he

15   had some areas of vision on the lower quadrants.  So

16   particularly I'm looking at the test on the upper right

17   quadrant.  He's very, very limited in what he sees of

18   anything from his responses.

19           And on the left eye inferiorly, he kind of

20   has areas where he's seen a little more than the right

21   eye, but he doesn't have those areas centrally.  They're

22   below central on the left eye.

23   Q    Were you able to arrive at an opinion to a

24   reasonable degree of certainty within your field as to

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
1    the cause of these visual field results?
2         A     No.  I had recommended after getting the
3    result of all my tests that Mr. Johnson have a referral
4    and have a neurological workup.
5              My perception was is that I see more of a
6    problem behind the eye and beyond the nerve perhaps and
7    including the nerve but not necessarily related to the
8    eyeball and the retina, et cetera.
9         Q     All right.  Your examination did not disclose
10   an injury to the eye itself?
11        A     Not internally or externally, no.
12        Q     In the summary section of your report, you
13   noted that Cedric Johnson has an optic nerve defect.
14        A     Yes.
15        Q     Can you tell us what you saw there or what
16   you're able to perceive there?
17        A     The optic nerve defect was perceived as a
18   result of the test.  When you see this much darkness in
19   a visual field and you see all the points there and the
20   numbers there, that is very, very limited vision.
21             And if you look at some of the OCT tests
22   which assess the retina below the outer layers, so you
23   could not see it if you looked at the retina, that's the
24   OCT underneath there, there seems to be some retina
```

**EXHIBIT C**

David Casper, O.D., 11/17/17

1    involvement which would be an extension of the optic

2    nerve.

3              If you look further at the OCT tests, I

4    did an assessment on his optic nerve, and if you look at

5    the results of the OCT test, a professional would see

6    that the involvement of the nerve is minimal that was

7    measured by the OCT.

8              So I concluded that the extension of the

9    problem or the extent of the problem is beyond the

10   retina and probably more involved beyond the eye.

11   Q    Now, do you have any sense about how this

12   optic nerve defect developed?

13   A    I had no way I could assess his cranium type

14   situation, and from behind his eye, that's where I

15   perceived the problem to be, and I did refer him

16   accordingly and I have yet to get any kind of a report

17   or any kind of knowledge of what happened after he left

18   our office.

19   Q    So in your view, the pathology was within the

20   cranium and that's why you suggested an MRI to look and

21   see what was going on in there?

22   A    Correct.

23   Q    Were you ever provided a history that

24   Mr. Johnson had been shot and had retained shrapnel in

David Casper, O.D., 11/17/17

1   his head?

2     A    I don't recall that; however, I believe I was

3   informed that he had multiple head injuries over the

4   course of his life, and I don't know when it started,

5   but there were multiple times where he had extensive

6   head injury.

7     Q    How did you get that information?  Was that

8   from his lawyer?

9     A    I believe so.

10     Q    Okay.  So the history, including gunshot wound

11   to the back of the head and being hit in the head with a

12   baseball bat, were you told about that?

13     A    I don't recall, but that would explain his

14   visual field.

15     Q    Pardon?

16     A    That would explain his visual field.

17     Q    So those sort of traumatic injuries to the

18   head could account for the optic nerve defect that

19   you're seeing?

20     A    Specifically the back of the head is where the

21   visual cortex is and everything ends up there, and if

22   you have a cranial injury that's to the back of the

23   head, that is a very likely area to be damaged.

24     Q    At any time in your care of Mr. Johnson, did

**EXHIBIT C**

David Casper, O.D., 11/17/17

1    he provide you with any specific onset of the symptoms

2    that he was complaining about with his visual field?

3        A    I don't believe so.

4        Q    So just to sort of sum up that, would it be

5    fair to say that the most likely source of injury to the

6    optic nerve would be trauma to the back of the head?

7        A    It would be inside the cranium, and if he had

8    baseball bats to the back of his head and was shot in

9    the back of his head, that's a likely area to pursue as

10   far as doing any further diagnostic testing.

11       Q    If there is an injury to the optic nerve

12   through some sort of trauma, is that something that

13   could be repaired?

14       A    No, and it doesn't necessarily have an injury

15   to the optic nerve as much as it could be the nerve

16   pathway from the back of the eye to the back of the

17   brain.

18            The optic nerve goes from the back of the

19   eye to the brain and then the brain has all kind of

20   areas where it goes around and then comes to the back of

21   the visual cortex, so a loss of vision could occur

22   anywhere from the back of the eye to the back of the

23   brain.

24       Q    And so once that trauma occurs and resulting

**EXHIBIT C**

David Casper, O.D., 11/17/17

1  in vision loss or visual field loss, that's just the way

2  that it is?

3      A      To my knowledge, the way medicine is today,

4  there's no way that we could replicate neurological

5  repair of the eye nerves or the nerves in the brain.

6      Q      So that whatever the -- assuming that there

7  was a traumatic insult to Mr. Johnson that caused this

8  situation, there's no doctor that could have intervened

9  to reverse the process, --

10     A      No.

11     Q       -- is that fair?

12     A      If you have extensive nerve damage, you just

13  have to adjust to your circumstances.

14     Q      So I phrased it in a negative, but is what I

15  said true?

16     A      Repeat the question.

17     Q      Let me ask it again without the negative.

18             Assuming that there was a traumatic insult

19  that led to the visual symptoms that were being

20  described here, there's no doctor that could have

21  intervened to reverse or halt that process, is there?

22     A      Not to my knowledge, not anything in medicine

23  that I know of.

24     Q      Okay.  Now, it looks like your office actually

David Casper, O.D., 11/17/17

1    made a neurologist appointment for Mr. Johnson?

2        A    We attempted to.  I believe we did.  We have

3    yet to get correspondence.  And frankly with all this

4    going on, I am going to send him a registered letter

5    asking him to cooperate or go elsewhere.

6        Q    All right.  So it would be your anticipation

7    that when a doctor, specifically a neurologist, sees a

8    patient pursuant to your referral, he will write back to

9    you with the results of that referral once completed?

10       A    When I make a referral, I have been doing this

11   since I've been in practice over 30 years, the patient

12   signs their name, gives them the name, address and the

13   phone number where that patient could be contacted.

14            If we know the referring -- the doctor

15   we're referring to, we will put that name on the form,

16   and on the bottom of the form after the patient releases

17   permission to exchange information, on the bottom of the

18   form I sign it and I request a report of the findings.

19       Q    Okay.  And that has not occurred in this case?

20       A    I did not receive anything.  Any time this

21   comes to my mind or I'm contacted, I ask the people in

22   the office, did anything come in.  My answers are no,

23   and they tried to contact Mr. Johnson and they're not

24   getting any kind of response as to what happened.

**EXHIBIT C**

David Casper, O.D., 11/17/17

1    Q    And so your presumption based on the way the

2  medical practice works, medical recordkeeping is done,

3  is that that appointment has not been kept?

4    A    I honestly don't know.  If it was kept, maybe

5  he went somewhere else, maybe he didn't get a report

6  sent to me or requested a report be not sent to me.

7  I -- frankly I can't honestly answer it.  All I know is

8  I gave him the referral.  We made arrangements to try to

9  get him to go someplace and that was the last contact,

10  and I don't know if he saw anybody or what went on after

11  he left.

12    Q    By the way, your report from August 16 of 2017

13  indicates at the bottom that the testing that you

14  performed requires attentiveness, understanding and

15  performance on the part of the patient.

16    A    That's specifically related to the visual

17  field; however, when we do a prescription, we do it both

18  objectively and subjectively.

19         So essentially the visual field is very

20  subjective because if you perceive a light, you push a

21  button and we're assuming that you saw the light.  When

22  we're asking you which one is better, which image is

23  better with lens one or lens two, we assume that you're

24  picking the lens that gives you the clearest image.

**EXHIBIT C**

David Casper, O.D., 11/17/17

1          So we have to base a final prescription

2    usually on subjective findings unless you have somebody

3    who's basically not able to respond, and at that point

4    you do a cycloplegic exam.  It's a whole different

5    story.

6       Q     Well, I'm curious.  What is a cycloplegic

7    exam?

8       A     In general, I have examined two- and three-

9    year-olds, and I try to get some feedback as to pictures

10   and stuff that they could recognize and see, and

11   sometimes we have people who are severely handicapped

12   mentally and they cannot respond.  So what we do is

13   there's a cyclopentolate medicine and that is not

14   usually used to dilate because when you dilate like in

15   Mr. Johnson's case, you want to expand the pupil to get

16   to the back of the eye.

17          When you use cyclopentolate, the main

18   effect of that drug is to relax the ciliary body

19   focusing muscles of the eye.  As that portion of the eye

20   is relaxed, the pupil dilates as a result.  That's not

21   your intention, but that shows that your eye is -- the

22   eye that you instill the cyclopentolate in is dilated

23   because the focusing muscle is affected and, therefore,

24   it opens the pupil.

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
 1              When the ciliary body is relaxed as much

 2    as it can be with the medicine, we perform an objective

 3    refractive exam.  Essentially that examination is a test

 4    where we position the patient's head and they have to

 5    look at a picture, and generally speaking while they're

 6    looking at a picture, we push a button and the machine

 7    takes a potential refractive error measurement, and

 8    after the eye has been totally relaxed with

 9    cyclopentolate, it's pretty easy to get an effective

10    prescription.

11        Q    Does that allow you to check visual field?

12        A    Yeah, you can see the visual field grossly or

13    you could do a subjective test after that, but the

14    purpose of doing that test is to have the total muscle

15    relaxation so you could get an objective measurement

16    that's without influence of focusing.

17        Q    In any event, the test that was performed on

18    Mr. Johnson required subjective reporting from him of

19    the results?

20        A    Yes.

21        Q    Can you tell us whether you were able to make

22    an assessment of his attentiveness, understanding and

23    performance with the test?

24        A    With the refraction, he was relatively
```

David Casper, O.D., 11/17/17

```
1   attentive to that.  I believe there were some problems

2   with doing the visual fields test where we had to kind

3   of keep him focused on what he was doing there.

4        Q    Can you expound on that?  What was he doing?

5        A    I'm reluctant to say this, but the tester said

6   they had to keep telling him to look straight ahead and

7   not sleep.

8        Q    And that was during the visual field portion

9   of the testing?

10       A    Yes.  It's about a five- or eight-minute test

11  where you put your chin in a chin rest and you're

12  constantly looking straight ahead.  I mean, it's boring

13  for most people.

14       Q    Did Mr. Johnson appear to be when you saw him

15  under the influence of any intoxicant or drugs or

16  anything?

17       A    He was kind of slow to respond, but I didn't

18  conclude it to anything that might be related with that.

19       Q    Okay.  And then you talked about the

20  prescription that you made for him.  Was he ordered

21  glasses then?

22       A    I believe so.

23       Q    How would that be arranged?  I mean, is there

24  a separate supplier that he picks them up from?  How
```

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
 1   does that work?
 2       A     Generally speaking, once your refraction has
 3   been complete and we have established a final
 4   prescription, we have a dispensary where based on your
 5   insurance, the way most of these insurances are today,
 6   you have a specific collection of frames you get to
 7   choose from and we show you those specific frames that
 8   your insurance covers, and most of the insurance
 9   companies require us to order all the glasses from the
10   individual's insured laboratory from the insurance
11   company.
12       Q     So in order to know for sure whether glasses
13   were ordered for Mr. Johnson, we would need to check
14   those order forms and your records?
15       A     They're in my records.  I didn't think it was
16   necessary for the exam report; otherwise, I would've
17   found out about it.
18       Q     Okay.  Real quickly.  You are an optometrist;
19   true?
20       A     Yes.
21       Q     And you're licensed by the State of Illinois?
22       A     Yes.
23       Q     Is there board certification for optometry?
24       A     No.
```

**EXHIBIT C**

David Casper, O.D., 11/17/17

1    Q    Can you tell us briefly where you did your

2  education?

3    A    At the Illinois College of Optometry, and

4  after that, we had to take further courses to be able to

5  use diagnostic drugs, and then in 1996 I went to the

6  Midwestern Medical School and the course was sponsored

7  by the University of Missouri, St. Louis, and we had a

8  six-week course to be re-updated with our pharmaco-

9  logical background and pass various testing to be

10  eligible to prescribe oral and drops and things like

11  that for therapy of glaucoma, et cetera, and also eye

12  infections and things like that.

13    Q    How long have you been practicing as an

14  optometrist?

15    A    Since 1979.  I got my license in August.

16    MR. KOPPENHOEFER:  Okay.  I don't have any other

17  questions.  Thank you, sir.

18    THE REPORTER:  Signature?

19    MR. KOPPENHOEFER:  Do you know about the signature

20  option?

21    THE WITNESS:  No.

22    MR. KOPPENHOEFER:  So she's going to type up the

23  transcript sometime after today.  You have the option if

24  you would like of reviewing that transcript for accuracy

**EXHIBIT C**

David Casper, O.D., 11/17/17

1   and, for example, misspelled words, things that like.

2       THE WITNESS:  I would prefer.

3       MR. KOPPENHOEFER:  So show that signature has been

4   reserved, and we can coordinate how you're going to take

5   a look at it then.

6

7           (The deposition concluded at 11:50 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
 1           IN THE DISTRICT COURT OF THE UNITED STATES
 2             FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
 3

 4
     CEDRIC LYN JOHNSON (B18840),  )
 5                                 )
                     Plaintiff,    )
 6                                 )
                 -vs-              )   No. 15 CV 885
 7                                 )
     EVARISTO AGUINALDO,           )
 8                                 )
                     Defendant.    )
 9

10   Date of Deposition:  November 17, 2017

11

12               I hereby certify that I have read the

13   foregoing transcript of my deposition given at the time

14   and place aforesaid, inclusive, and I do again subscribe

15   and make oath that the same is a true, correct and

16   complete transcript of my deposition so given as

17   aforesaid, and includes changes, if any, so made by me.

18

19                          _____
                            DR. DAVID J. CASPER, O.D.
20

     SUBSCRIBED AND SWORN TO
21   before me this _____ day of

22   _____, A.D., 2017.

23

24   _____
```

**EXHIBIT C**

David Casper, O.D., 11/17/17

```
 1    STATE OF ILLINOIS )
                        )
 2    COUNTY OF W I L L )

 3

 4              I, RUTH E. SHERWOOD, C.S.R., R.P.R., a

 5    Notary Public in and for the County of Will, State of

 6    Illinois, do hereby certify that DR. DAVID J. CASPER,

 7    O.D. was first duly sworn by me to testify the truth;

 8    that the above deposition was recorded stenographically

 9    and reduced to typewriting by me; and that the foregoing

10    transcript of the said deposition is a true and correct

11    transcript of the testimony given by the said witness at

12    the time and place previously specified.

13              I further certify that I'm not counsel for

14    nor in any way related to any of the parties to this

15    suit, nor am I in any way interested in the outcome

16    thereof.

17              IN WITNESS WHEREOF, I have hereunto set my

18    hand and affixed my notarial seal this 28th day of

19    November, 2017.

20

21

22    _____
      RUTH E. SHERWOOD, C.S.R., R.P.R.
23    CSR License No. 084-003032

24
```

George E. Rydman & Assoc., Joliet, IL  (815) 727-4363

## EXHIBIT C

David Casper, O.D., 11/17/17

GEORGE E. RYDMAN & ASSOCIATES, LTD.
15 West Jefferson Street
Joliet, IL  60432
(815) 727-4363


November 28, 2017


Dr. David J. Casper
c/o Mr. Joel Koppenhoefer
Cunningham, Meyer & Vedrine
One East Wacker Dr., Suite 2200
Chicago, IL  60601

Re:  Johnson vs. Aguinaldo

Dear Dr. Casper:

      Please find enclosed herein a copy of your
deposition transcript taken on November 17, 2017, which
you desired to read and sign.
      Please read the transcript carefully and on the
enclosed correction sheet, indicating the page number
and line number, list any change you feel necessary and
the reason for that change.
      When you have completed reading the transcript,
sign the Signature Page which we have enclosed and have
your signature notarized by a Notary Public.
      Please return the enclosed Signature Page and the
correction sheet to this office within 28 days, as
required by Statute.  We will then forward any
corrections and the Signature Page to all parties
concerned.
      Your prompt attention in regard to this matter is
greatly appreciated.


                    Yours very truly,

                    GEORGE E. RYDMAN & ASSOC., LTD.

                    By:_____
                         Ruth E. Sherwood, CSR, RPR


cc:    file



George E. Rydman & Assoc., Joliet, IL  (815) 727-4363

George E. Rydman & Assoc., Joliet, IL  (815) 727-4363

## EXHIBIT C

David Casper, O.D., 11/17/17

**A**

**A.D** 1:20 31:22
**a.m** 1:19 30:7
**able** 6:7 7:21 8:3
   8:13,15 10:19
   13:24 14:7 15:9
   17:23 18:16
   25:3 26:21 29:4
**account** 15:8
   20:18
**accuracy** 29:24
**accused** 6:6
**acuity** 5:8,14,21
   6:1 13:21 14:6
   14:24 15:7
**add** 14:22
**address** 23:12
**adhered** 10:24
**adjust** 22:13
**adverse** 12:5
**affect** 10:22
**affixed** 32:18
**aforesaid** 31:14
   31:17
**aging** 11:3
**agreement** 3:14
**Aguinaldo** 1:7
   31:7 33:8
**ahead** 3:18 12:18
   27:6,12
**alert** 16:3
**allow** 26:11
**answer** 4:12 24:7
**answers** 6:5 23:22
**anticipation** 23:6
**anybody** 24:10
**appear** 10:11
   27:14
**appeared** 3:17
**appears** 4:15
**appointment** 23:1
   24:3
**appreciated** 33:18
**approximately**
   12:10 14:5
**area** 5:12 9:9

15:19 20:23
   21:9
**areas** 17:15,20,21
   21:20
**arranged** 27:23
**arrangements**
   24:8
**arrive** 6:7 14:8
   17:23
**arrived** 14:10
**ascertain** 8:15
**asked** 13:5
**asking** 3:24 4:3
   15:18 23:5
   24:22
**assess** 8:22 15:9
   16:13 18:22
   19:13
**assessed** 7:1 10:16
   11:18
**assessment** 7:24
   8:4 19:4 26:22
**Assoc** 33:20,27
**ASSOCIATES**
   33:1
**assume** 8:17
   24:23
**assuming** 22:6,18
   24:21
**astigmatism**
   14:19
**attempted** 23:2
**attention** 33:18
**attentive** 16:2
   27:1
**attentiveness**
   24:14 26:22
**attorney** 13:4
**August** 4:16 6:20
   7:22 11:14
   12:17,22 13:2
   13:12,14,17
   24:12 29:15
**automated** 15:11
**aware** 10:15
**axis** 14:20,22

**B**

**B18840** 1:4 31:4
**back** 5:18 6:12
   8:2,5 9:17 13:2
   13:14 20:11,20
   20:22 21:6,8,9
   21:16,16,18,20
   21:22,22 23:8
   25:16
**background** 29:9
**base** 25:1
**baseball** 20:12
   21:8
**based** 7:1,7,14
   13:6 24:1 28:4
**basically** 3:24
   6:17 7:1,4 9:6,7
   9:19,23 12:3
   16:22 17:7 25:3
**bat** 20:12
**bats** 21:8
**behalf** 2:6
**believe** 13:16
   14:15 16:24
   17:13 20:2,9
   21:3 23:2 27:1
   27:22
**benign** 10:22
**best** 5:9,21 7:15
   7:23 15:1
**better** 11:18
   24:22,23
**beyond** 18:6 19:9
   19:10
**big** 6:2 10:8
**blind** 6:22 7:10,13
   7:19 8:16,24 9:6
   9:9
**blood** 9:16
**blurred** 6:21,24
   7:3
**blurriness** 7:6
**board** 28:23
**body** 25:18 26:1
**boring** 27:12
**born** 9:21

**bothering** 7:20
**bottom** 23:16,17
   24:13
**brain** 21:17,19,19
   21:23 22:5
**break** 11:3,4
**briefly** 29:1
**bug** 10:6
**button** 16:8 24:21
   26:6

**C**

**C** 2:1
**C.S.R** 32:4,22
**c/o** 33:6
**called** 3:4 6:17
   9:12
**card** 14:6
**care** 3:22 4:4
   20:24
**carefully** 33:12
**case** 23:19 25:15
**Casper** 1:11,14
   2:12 3:3,11,13
   31:19 32:6 33:5
   33:9
**cause** 18:1
**caused** 22:7
**cc** 33:24
**Cedric** 1:4 3:20
   18:13 31:4
**central** 15:5 16:6
   16:17 17:22
**centrally** 17:21
**certain** 4:4 15:19
**certainty** 4:1
   17:24
**certification**
   28:23
**certify** 31:12 32:6
   32:13
**cetera** 18:8 29:11
**chance** 8:21
**change** 33:13,13
**changes** 31:17
**chart** 5:24 6:1 7:2

**cheating** 6:6
**check** 26:11 28:13
**checked** 13:22
   14:5
**checking** 8:13
**Chicago** 2:5 33:7
**chin** 27:11,11
**choose** 28:7
**chose** 5:13
**ciliary** 25:18 26:1
**circles** 8:24
**circumcornea**
   11:20
**circumstances**
   13:1 22:13
**City** 1:18
**Civil** 1:16
**clarify** 17:8
**clean** 4:11 11:4
**clearest** 24:24
**clearly** 7:5
**collagen** 10:3
**collection** 28:6
**College** 29:3
**come** 10:4 13:14
   14:10 13:22
**comes** 21:20
   23:21
**companies** 28:9
**company** 28:11
**compared** 9:19
**complain** 7:6
**complained** 6:21
**complaining**
   12:14 21:2
**complete** 4:23 5:5
   7:17 8:1 28:3
   31:16
**completed** 13:12
   23:9 33:14
**completing** 4:24
   5:19
**completion** 17:9
**concerned** 33:17
**conclude** 27:18
**concluded** 19:8

**EXHIBIT C**

David Casper, O.D., 11/17/17

30:7
**condition** 13:9
**confident** 13:8
**confirm** 6:14
**confrontation** 7:15
**consequence** 13:13
**consideration** 15:6
**constantly** 27:12
**contact** 23:23 24:9
**contacted** 13:4 23:13,21
**cooperate** 23:5
**coordinate** 30:4
**copies** 15:17
**copy** 12:22 33:10
**correct** 4:17 5:16 6:8,9,23 12:22 19:22 31:15 32:10
**corrected** 5:21 14:24 15:1
**correction** 14:1,1 33:12,16
**corrections** 33:17
**corrective** 14:8,11
**correspondence** 23:3
**cortex** 20:21 21:21
**cosmetic** 12:7
**could've** 11:18
**counsel** 1:22 32:13
**County** 1:19 32:2 32:5
**course** 7:7 20:4 29:6,8
**courses** 29:4
**court** 1:1 4:9 31:1
**Courts** 1:17
**covers** 28:8
**cranial** 20:22
**cranium** 19:13,20 21:7
**create** 16:14
**CSR** 1:15 32:23 33:22
**Cunningham** 2:4 33:6
**curious** 25:6
**CV** 1:6 31:6
**cyclopentolate** 25:13,17,22 26:9
**cycloplegic** 25:4,6

**D**
**damage** 22:12
**damaged** 20:23
**dark** 9:7
**darker** 11:22 12:4
**darkness** 18:18
**date** 3:14,16 4:22 13:16 31:10
**dated** 13:17
**David** 1:11,14 3:3 3:11,13 31:19 32:6 33:5
**day** 1:20 12:23 13:21 31:21 32:18
**days** 33:16
**deal** 10:8 11:8
**Dear** 33:9
**defect** 18:13,17 19:12 20:18
**Defendant** 1:8 2:6 31:8
**degree** 4:1 6:9 17:24
**degrees** 16:24 17:5
**deposition** 1:10 1:14,22 3:13,15 8:23 30:7 31:10 31:13,16 32:8 32:10 33:11
**depositions** 1:18

**derived** 9:16
**described** 8:24 22:20
**desired** 33:11
**detachment** 10:13 10:14,17,22 11:9
**determine** 7:15 11:16
**developed** 19:12
**development** 9:18
**diagnostic** 21:10 29:5
**different** 11:1 25:4
**difficult** 8:7
**dilate** 25:14,14
**dilated** 5:1,1 6:17 8:7,11 11:17,17 25:22
**dilates** 25:20
**dilation** 8:1,3,10 13:11
**direct** 8:10
**directed** 16:1
**directly** 8:6
**disclose** 18:9
**discuss** 8:21
**disintegrate** 9:21
**dispensary** 28:4
**District** 1:1,1,17 31:1,2
**DIVISION** 1:2 31:2
**doctor** 3:14,19 12:21 22:8,20 23:7,14
**document** 3:1 12:20
**documented** 11:20
**doing** 21:10 23:10 26:14 27:2,3,4
**Dr** 1:11,14 3:3 31:19 32:6 33:5 33:7,9

**Drive** 2:5
**driver's** 15:7
**drops** 8:20 29:10
**drug** 25:18
**drugs** 27:15 29:5
**due** 12:2
**duly** 3:4 32:7

**E**
**E** 1:15 2:1,1 6:2 32:4,22 33:1,20 33:22,27
**early** 9:15
**East** 2:5 33:7
**EASTERN** 1:2 31:2
**easy** 26:9
**education** 29:2
**effect** 12:5 25:18
**effective** 26:9
**eight-minute** 27:10
**either** 10:13
**eligible** 29:10
**enclosed** 33:10,12 33:14,15
**ends** 20:21
**entire** 15:16
**error** 26:7
**essentially** 10:1,8 10:23 16:3 24:19 26:3
**established** 5:22 5:23 28:3
**et** 18:8 29:11
**evaluation** 13:10
**EVARISTO** 1:7 31:7
**event** 26:17
**exactly** 6:11
**exam** 6:6 8:1,12 25:4,7 26:3 28:16
**examination** 3:7 4:23,24 5:4 6:14 6:16,17 7:17

13:6,7 18:9 26:3
**examined** 3:5 7:18 25:8
**example** 30:1
**exchange** 23:17
**Exhibit** 2:12,13 2:14 4:19 12:19 12:21
**expand** 25:15
**expect** 17:3
**experience** 9:11 13:5
**explain** 9:14 15:22 20:13,16
**explaining** 13:8
**expound** 27:4
**extension** 19:1,8
**extensive** 6:16 8:12,19 15:10 20:5 22:12
**extent** 19:9
**externally** 18:11
**eye** 4:23 5:24 6:6 6:22 7:2,11 8:6 8:16 9:1,17 10:24 12:2 13:10 14:2,21 14:21 15:1,2,24 15:24 17:1,2,6,9 17:10,12,13,13 17:14,19,21,22 18:6,10 19:10 19:14 21:16,19 21:22 22:5 25:16,19,19,21 25:22 26:8 29:11
**eyeball** 12:8 18:8
**eyeglass** 5:2 6:7
**eyes** 5:1,15 8:21 10:20 11:21

**F**
**fair** 21:5 22:11
**fall** 9:22,23
**far** 6:21 13:7

**EXHIBIT C**

David Casper, O.D., 11/17/17

21:10
**Federal** 1:16
**feedback** 25:9
**feel** 3:23 4:5 33:13
**fetal** 9:18
**fibers** 9:21 10:1
**field** 4:1 15:12,17
  16:18,23,23
  17:3,24 18:1,19
  20:14,16 21:2
  22:1 24:17,19
  26:11,12 27:8
**fields** 15:11 27:2
**figured** 6:10
**file** 33:24
**filed** 3:21
**final** 25:1 28:3
**find** 33:10
**findings** 7:22
  23:18 25:2
**finish** 4:11
**first** 3:4 4:15
  13:12 32:7
**five** 16:24
**five-** 27:10
**fixate** 16:4
**fixating** 16:5
**flash** 9:1
**flashes** 10:12
**floater** 9:15
**floaters** 9:12,14
  10:9,11 11:10
**focal** 7:4
**focused** 27:3
**focusing** 25:19,23
  26:16
**following** 1:22
**follows** 3:6
**foregoing** 31:13
  32:9
**form** 23:15,16,18
**forms** 28:14
**forward** 11:16
  33:16
**found** 7:19 13:7
  13:20 28:17

**frames** 28:6,7
**frankly** 5:10 6:10
  7:23 16:12 23:3
  24:7
**free** 3:23 4:5
**fresh** 9:20
**functional** 15:4
**fundus** 6:17
**further** 7:18 8:18
  8:22 19:3 21:10
  29:4 32:13

### G
**general** 10:9 25:8
**generally** 10:21
  11:2 26:5 28:2
**George** 33:1,20
  33:27
**getting** 18:2 23:24
**give** 13:23 15:6
**given** 31:13,16
  32:11
**gives** 23:12 24:24
**glasses** 14:15
  27:21 28:9,12
**glaucoma** 29:11
**glob** 10:11
**gnat** 10:7
**go** 3:18 12:18
  23:5 24:9
**goes** 9:16 21:18
  21:20
**going** 3:18,21
  5:18 7:16 8:19
  9:9 11:5 12:18
  16:3 17:7 19:21
  23:4,4 29:22
  30:4
**good** 8:11
**gray** 9:7
**greatly** 33:18
**gross** 7:14
**grossly** 26:12
**guess** 6:9 16:10
**guessed** 5:10
**gunshot** 20:10

### H
**hair** 10:5
**halt** 22:21
**hand** 16:9 32:18
**handicapped**
  25:11
**happened** 19:17
  23:24
**happens** 12:4
**head** 9:10 20:1,3
  20:6,11,11,18
  20:20,23 21:6,8
  21:9 26:4
**health** 8:19 11:15
  13:9
**held** 9:23
**hereunto** 32:17
**history** 12:13
  19:23 20:10
**hit** 20:11
**holding** 16:9
**honest** 16:10
**honestly** 24:4,7
**Humphrey** 15:15
  15:16
**hyperpigment**
  11:20

### I
**idea** 13:23
**IL** 33:2,7,27
**Illinois** 1:1,19 2:5
  28:21 29:3 31:2
  32:1,6
**image** 24:22,24
**images** 12:17,23
**inches** 14:6
**includes** 31:17
**including** 18:7
  20:10
**inclusive** 31:14
**incomplete** 13:7
**indicate** 9:3 10:13
**indicates** 24:13
**indicating** 33:12
**individual** 15:23

**individual's** 28:10
**infections** 29:12
**inferiorly** 17:19
**influence** 26:16
  27:15
**information** 20:7
  23:17
**informed** 20:3
**initial** 7:17 11:13
  12:12
**injuries** 20:3,17
**injury** 18:10 20:6
  20:22 21:5,11
  21:14
**inside** 10:24 21:7
**instill** 25:22
**insult** 22:7,18
**insurance** 28:5,8
  28:8,10
**insurances** 28:5
**insured** 28:10
**intention** 25:21
**interested** 32:15
**internally** 18:11
**interrogatories**
  3:5
**intervened** 22:8
  22:21
**intoxicant** 27:15
**involved** 15:18
  19:10
**involvement** 19:1
  19:6

### J
**J** 1:11,14 3:3,11
  3:13 31:19 32:6
  33:5
**Jefferson** 1:18
  33:1
**jello** 9:20 10:2,3
**Joel** 2:4 33:6
**Johnson** 1:4 3:20
  4:15,21 5:3 8:15
  8:23 10:15
  11:13 12:9,13

13:2,6,13 15:18
  18:3,13 19:24
  20:24 22:7 23:1
  23:23 26:18
  27:14 28:13
  31:4 33:8
**Johnson's** 25:15
**Joliet** 1:19 33:2
  33:27

### K
**keep** 4:10 27:3,6
**kept** 24:3,4
**kind** 13:9,23
  17:19 19:16,17
  21:19 23:24
  27:2,17
**know** 4:21 8:9
  20:4 22:23
  23:14 24:4,7,10
  28:12 29:19
**knowledge** 19:17
  22:3,22
**known** 11:10
**Koppenhoefer**
  2:4 3:8,9,12
  12:16 29:16,19
  29:22 30:3 33:6

### L
**L** 6:4 32:2,2
**laboratory** 28:10
**lawsuit** 3:21
**lawyer** 20:8
**layers** 18:22
**leave** 5:13
**led** 22:19
**left** 5:3,5,18 6:22
  7:11 13:11
  14:21 15:2 17:2
  17:6,12,13,14
  17:19,22 19:17
  24:11
**lens** 9:17,17 24:23
  24:23,24
**lenses** 14:8,11,16

**EXHIBIT C**

David Casper, O.D., 11/17/17

**let's** 4:10
**letter** 23:4
**letters** 6:4 7:5,5
**letting** 4:11
**license** 29:15
  32:23
**licensed** 28:21
**life** 20:4
**light** 9:7 10:12
  16:6,8 24:20,21
**limited** 16:17,22
  17:17 18:20
**line** 33:13
**list** 33:13
**little** 9:22,23 10:5
  10:7 17:20
**logical** 29:9
**long** 29:13
**look** 15:18 16:1
  16:12 18:21
  19:3,4,20 26:5
  27:6 30:5
**looked** 10:20
  18:23
**looking** 4:6 9:8
  11:16 17:16
  26:6 27:12
**looks** 22:24
**loose** 10:4
**loosely** 11:2
**loss** 21:21 22:1,1
**lot** 11:18 13:8
**Louis** 29:7
**lower** 11:7
**LYN** 1:4 31:4

**M**

**machine** 26:6
**main** 25:17
**mark** 12:18
**marked** 3:1 4:18
  12:20,21
**matter** 33:18
**mean** 4:5 14:1
  15:3 16:19
  27:12,23

**meant** 8:16
**measured** 5:7
  16:17 19:7
**measurement**
  26:7,15
**medical** 24:2,2
  29:6
**medicine** 22:3,22
  25:13 26:2
**melted** 10:2
**mentally** 25:12
**Meyer** 2:4 33:6
**middle** 5:11 13:11
**Midwestern** 29:6
**migraines** 6:21
  7:7 9:5
**mind** 23:21
**minimal** 19:6
**minus** 14:20,20
  14:21,21
**minutes** 17:14
**Missouri** 29:7
**misspelled** 30:1
**mistaken** 10:2
**move** 9:10
**MRI** 19:20
**multiple** 17:10
  20:3,5
**muscle** 25:23
  26:14
**muscles** 25:19
**myopia** 14:18

**N**

**N** 2:1
**name** 3:9 23:12
  23:12,15
**named** 3:20
**near** 6:21 14:4
**necessarily** 18:7
  21:14
**necessary** 28:16
  33:13
**need** 6:13 28:13
**negative** 22:14,17
**nerve** 8:8 18:6,7

18:13,17 19:2,4
  19:6,12 20:18
  21:6,11,15,15
  21:18 22:12
**nerves** 22:5,5
**neurological** 18:4
  22:4
**neurologist** 23:1,7
**normal** 7:13 12:3
**NORTHERN** 1:1
  31:2
**notarial** 32:18
**notarized** 33:15
**Notary** 1:15 32:5
  33:15
**notation** 5:14
**note** 4:18 11:19
**noted** 16:24 18:13
**notice** 10:12
**noticed** 3:16
  11:19
**nourish** 9:17
**November** 1:12
  1:20 31:10
  32:19 33:4,11
**number** 6:10
  23:13 33:12,13
**numbers** 18:20

**O**

**o'clock** 1:19 3:16
**O.D** 1:11,14 3:3
  3:13 31:19 32:7
**oath** 31:15
**objective** 7:21
  26:2,15
**objectively** 24:18
**occasion** 14:7
**occur** 21:21
**occurred** 23:19
**occurs** 21:24
**OCT** 18:21,24
  19:3,5,7
**ocular** 9:5
**office** 5:3 19:18
  22:24 23:22

33:16
**Oh** 11:11
**okay** 4:7 8:9 12:9
  20:10 22:24
  23:19 27:19
  28:18 29:16
**once** 15:10 21:24
  23:9 28:2
**one-fifty** 14:22
**onset** 12:13 21:1
**opens** 25:24
**ophthalmoscope**
  8:10
**opinion** 3:23 4:2
  17:23
**opinions** 3:24
**optic** 8:8 18:13,17
  19:1,4,12 20:18
  21:6,11,15,18
**option** 29:20,23
**optometrist** 3:11
  9:2 28:18 29:14
**optometry** 28:23
  29:3
**oral** 3:5 29:10
**order** 28:9,12,14
**ordered** 27:20
  28:13
**out-of-the-refri...**
  9:20
**outcome** 32:15
**outer** 18:22
**outside** 12:2

**P**

**P** 2:1,1
**page** 2:12 33:12
  33:14,15,17
**paperwork** 5:19
**Pardon** 20:15
**part** 7:9 8:6 12:1
  12:2 24:15
**participation**
  16:10
**particles** 9:22,23
  10:4

**particularly** 10:12
  17:16
**parties** 32:14
  33:17
**pass** 15:7 29:9
**patch** 15:24
**pathology** 19:19
**pathway** 21:16
**patient** 3:20 9:2
  16:11 23:8,11
  23:13,16 24:15
**patient's** 26:4
**people** 7:12 9:11
  11:22 12:4
  23:21 25:11
  27:13
**perceive** 9:8 18:16
  24:20
**perceived** 7:14
  18:17 19:15
**perceives** 16:8
**perception** 18:5
**perform** 17:8 26:2
**performance**
  24:15 26:23
**performed** 15:23
  16:23 24:14
  26:17
**peripheral** 8:6
  15:6,8,9,17,19
  16:6,7
**permission** 23:17
**perspective** 11:15
**pertaining** 1:17
**pharmaco-** 29:8
**phenomenon** 9:11
  11:10
**phone** 23:13
**phrased** 22:14
**picking** 16:20
  24:24
**picks** 27:24
**picture** 26:5,6
**pictures** 25:9
**pigment** 12:3
**pigmented** 12:4

**EXHIBIT C**

David Casper, O.D., 11/17/17

**pinhole** 13:23
  14:2
**place** 9:24 16:7
  31:14 32:12
**places** 11:1
**plaintiff** 1:5 3:17
  31:5
**plate** 10:2
**please** 3:10 15:22
  33:10,12,15
**point** 7:4 8:11
  16:1,4,5 25:3
**points** 16:6 17:10
  18:19
**portion** 25:19
  27:8
**position** 26:4
**posterior** 10:16
  11:9
**potential** 14:1
  26:7
**practice** 23:11
  24:2
**practicing** 29:13
**prefer** 30:2
**preparing** 6:18
**presbyopia** 14:19
  14:23
**prescribe** 29:10
**prescription** 5:2
  6:8 7:24 14:8,16
  14:18,19 24:17
  25:1 26:10
  27:20 28:4
**present** 1:21
**presumption** 24:1
**pretty** 26:9
**previously** 10:16
  32:12
**probably** 10:22
  19:10
**problem** 10:10
  11:5,7 18:6 19:9
  19:9,15
**problems** 27:1
**Procedure** 1:16

**proceed** 3:18
**process** 4:24 22:9
  22:21
**professional** 19:5
**prompt** 33:18
**proteins** 10:3
**provide** 21:1
**provided** 15:12
  19:23
**Public** 1:15 32:5
  33:15
**pull** 11:5
**pulls** 11:6
**pupil** 25:15,20,24
**purpose** 26:14
**pursuant** 1:16
  23:8
**pursue** 21:9
**push** 16:8 24:20
  26:6
**put** 8:20 13:19
  23:15 27:11

**Q**

**quadrant** 17:17
**quadrants** 17:15
**quarter** 14:22
**question** 4:11,13
  22:16
**questions** 3:22
  29:17
**quickly** 3:19
  28:18
**quote** 8:24 9:1

**R**

**R** 2:1
**R.P.R** 32:4,22
**random** 16:6,6,7
**re-updated** 29:8
**read** 31:12 33:11
  33:12
**reading** 33:14
**real** 3:19 10:7,8
  28:18
**really** 7:17 10:10

**reason** 5:3,13
  15:15 33:13
**reasonable** 4:1
  17:24
**recall** 5:10 12:15
  14:12 20:2,13
**receive** 23:20
**reception** 5:12
**rechecked** 6:15
**recognize** 25:10
**recollection** 4:6
  5:9,18,21
**recollections** 4:4
**recommended**
  18:2
**record** 3:10,12
  4:11
**recorded** 32:8
**recordkeeping**
  24:2
**records** 4:5,7
  28:14,15
**reduced** 32:9
**refer** 19:15
**referral** 18:3 23:8
  23:9,10 24:8
**referring** 23:14,15
**reflect** 3:12
**reflecting** 4:18
**refraction** 8:20
  14:3 26:24 28:2
**refractive** 26:3,7
**refresh** 4:6
**regard** 33:18
**registered** 23:4
**relate** 12:13
**related** 18:7 24:16
  27:18 32:14
**relation** 3:21
**relatively** 8:5
  10:21 26:24
**relax** 25:18
**relaxation** 26:15
**relaxed** 25:20
  26:1,8
**releases** 23:16

**relies** 16:10
**reluctant** 27:5
**remnants** 9:16
**repair** 22:5
**repaired** 21:13
**Repeat** 22:16
**replicate** 22:4
**report** 7:8 9:3
  12:17,22 13:17
  13:19 16:20
  18:12 19:16
  23:18 24:5,6,12
  28:16
**reporter** 4:9
  29:18
**reporting** 15:20
  16:11 26:18
**representing** 13:4
**request** 23:18
**requested** 3:1 5:1
  12:20 24:6
**require** 28:9
**required** 26:18
  33:16
**requires** 24:14
**reserved** 30:4
**resorbed** 9:22
**respond** 17:7,11
  25:3,12 27:17
**response** 23:24
**responses** 15:12
  16:13 17:18
**rest** 27:11
**result** 11:10 16:14
  18:3,18 25:20
**resulting** 14:18
  21:24
**results** 16:13,15
  17:6 18:1 19:5
  23:9 26:19
**retained** 19:24
**retina** 7:4,24 8:4
  8:22 10:14 11:1
  11:4,5,6 18:8,22
  18:23,24 19:10
**retinal** 6:16 8:12

**return** 33:15
**reverse** 22:9,21
**reviewing** 29:24
**right** 6:3,20 10:15
  12:16 14:21
  15:1 16:15 17:1
  17:9,10,13,16
  17:20 18:9 23:6
**RPR** 1:15 33:22
**Rules** 1:16
**Ruth** 1:15 32:4,22
  33:22
**Rydman** 33:1,20
  33:27

**S**

**S** 2:1 6:4
**sac** 10:23
**saw** 4:15 8:8
  18:15 24:10,21
  27:14
**scheduled** 13:14
**School** 29:6
**sclera** 12:1
**seal** 32:18
**second** 17:13
**section** 18:12
**see** 4:9,22 5:4 7:4
  7:5 8:5,9,18 9:6
  9:8 10:5,10 12:7
  12:9 13:2,14,24
  16:20,21 17:4
  18:5,18,19,23
  19:5,21 25:10
  26:12
**seeing** 11:16
  20:19
**seen** 3:20 11:17
  17:20
**sees** 7:2 15:20
  17:17 23:7
**self** 7:8
**send** 23:4
**sense** 19:11
**sent** 24:6,6
**separate** 27:24

**EXHIBIT C**

David Casper, O.D., 11/17/17

series 3:22
set 3:13,15 32:17
severe 11:7
severely 25:11
sheet 33:12,16
Sherwood 1:15
  32:4,22 33:22
shot 19:24 21:8
show 15:16 28:7
  30:3
showed 15:11
shows 25:21
shrapnel 19:24
side 10:12
sign 23:18 33:11
  33:14
signature 29:18
  29:19 30:3
  33:14,15,15,17
signs 23:12
similar 10:3
simply 7:7
sir 3:9 29:17
situation 11:7
  19:14 22:8
six-week 29:8
sleep 27:7
slightly 8:6
slow 27:17
small 10:8
Snellen 6:1 14:6
somebody 25:2
someplace 8:17
  24:9
sort 5:17,18 15:3
  20:17 21:4,12
source 21:5
speaking 26:5
  28:2
specific 16:1 21:1
  28:6,7
specifically 20:20
  23:7 24:16
specified 32:12
spoil 6:5
sponsored 29:6

spot 6:22 7:10,13
  7:19 8:16,24 9:6
  9:6,9
St 29:7
stamped 17:14
start 4:13 17:9
started 5:22 20:4
state 3:9 28:21
  32:1,5
States 1:1,17 31:1
Statute 33:16
stenographically
  32:8
story 25:5
straight 27:6,12
Street 1:18 33:1
stuff 7:15 25:10
subject 16:8
subjective 7:9
  15:11 16:12,14
  24:20 25:2
  26:13,18
subjectively 14:20
  24:18
subpoena 3:14
subscribe 31:14
SUBSCRIBED
  31:20
substance 11:12
sudden 10:11
suggest 9:4 10:6
suggested 19:20
suggests 9:5
suit 32:15
Suite 2:5 33:7
sum 21:4
summary 18:12
supplier 27:24
supporting 12:17
supposed 5:12
sure 4:8 5:20 6:11
  7:16 28:12
sworn 3:2,5 31:20
  32:7
symptoms 12:14
  21:1 22:19

**T**

take 29:4 30:4
taken 1:12,14
  33:11
takes 26:7
talk 3:19
talked 7:10 27:19
tell 3:23 4:2 13:1
  13:20 15:3
  18:15 26:21
  29:1
telling 27:6
tells 7:1
test 15:7,12,14,15
  15:23 16:16,23
  17:8,16 18:18
  19:5 26:3,13,14
  26:17,23 27:2
  27:10
tested 15:24
tester 27:5
testified 3:6
testify 32:7
testimony 32:11
testing 7:14 8:19
  15:10 21:10
  24:13 27:9 29:9
tests 18:3,21 19:3
Thank 29:17
therapy 29:11
thereof 32:16
thing 12:7
things 4:5 10:6,21
  15:19 29:10,12
  30:1
think 10:6 28:15
three- 25:8
tightly 11:1
time 9:20 11:2
  16:2,7 17:14
  20:24 23:20
  31:13 32:12
times 20:5
tissue 10:24
today 22:3 28:5
  29:23

today's 3:14,16
told 13:6 20:12
top 6:2
total 26:14
totally 26:8
transcript 29:23
  29:24 31:13,16
  32:10,11 33:11
  33:12,14
trauma 11:3 21:6
  21:12,24
traumatic 20:17
  22:7,18
tried 23:23
true 9:12 11:10
  12:10,21 22:15
  28:19 31:15
  32:10
truly 33:19
truth 32:7
try 4:10 16:13
  24:8 25:9
two 24:23
two- 25:8
type 10:5 19:13
  29:22
typewriting 32:9
typical 17:3

**U**

Uncorrected 5:16
  5:17 13:22
underneath 18:24
Understand 4:14
understanding
  24:14 26:22
United 1:1,17
  31:1
University 29:7
unusual 11:22
upper 17:16
use 7:4 25:17 29:5
usually 7:6 9:15
  10:5 12:3 17:8
  25:2,14

**V**

various 29:9
Vedrine 2:4 33:6
vessel 9:16
view 8:7 19:19
visible 9:9
vision 6:8,21,24
  9:12 11:24 12:6
  14:4 15:4,5,6,8
  15:9,19 17:15
  18:20 21:21
  22:1
visit 4:18 5:5 6:19
  11:13 12:12,18
  13:12
visual 5:8,14,23
  13:21 14:24
  15:6,11,12,17
  16:17,22,23
  17:3 18:1,19
  20:14,16,21
  21:2,21 22:1,19
  24:16,19 26:11
  26:12 27:2,8
visualize 10:20
vitreal 10:13
vitreous 9:19,24
  10:1,16,22,23
  10:23 11:3,7,9
vs 33:8
vs- 1:6 31:6

**W**

W 32:2
Wacker 2:5 33:7
wait 5:12
walked 6:12 8:19
want 6:5 25:15
wanted 13:10
wasn't 6:11 7:16
way 3:15 11:19
  12:12 14:10
  15:23 17:8
  19:13 22:1,3,4
  24:1,12 28:5
  32:14,15

**EXHIBIT C**

David Casper, O.D., 11/17/17

**we're** 3:17,19
9:21 23:15
24:21,22
**we've** 12:16
**went** 24:5,10 29:5
**West** 1:18 33:1
**WHEREOF**
32:17
**white** 8:24 12:1
**witness** 3:2,4,11
29:21 30:2
32:11,17
**words** 30:1
**work** 28:1
**works** 15:22 24:2
**workup** 18:4
**worse** 17:2
**would've** 28:16
**wouldn't** 12:5
13:8
**wound** 20:10
**write** 23:8
**wrote** 5:9

___

**X**

___

**Y**

**yeah** 7:3 11:11
17:2 26:12
**year** 6:19 7:18
12:10 14:13
**year-olds** 25:9
**years** 9:15 10:1
23:11

___

**Z**

___

**0**

**084-003032** 32:23

___

**1**

**1** 2:13 4:19 14:20
14:21
**11:00** 3:16
**11:12** 1:19 3:17
**11:50** 30:7
**12** 2:14

**15** 1:6,18 31:6
33:1
**16** 12:17,22 13:12
13:18 14:6
17:14 24:12
**17** 1:12 31:10
33:11
**17th** 1:20
**1979** 29:15
**1996** 29:5

___

**2**

**2** 2:14 12:19,21
**20/200** 5:15,21
6:4
**20/25** 6:9
**20/40** 15:1,5
**20/400** 13:22
**20/50** 15:2
**20/60** 14:4
**20/70** 13:24 14:1
**2014** 6:22
**2016** 4:16 6:20
7:22 11:14
**2017** 1:12,20 5:4
12:18,22 13:3
13:15 24:12
31:10,22 32:19
33:4,11
**2200** 2:5 33:7
**25** 4:16 6:20
11:14
**28** 33:4,16
**28th** 32:18

___

**3**

**30** 23:11
**30-2** 15:15,16

___

**4**

**4** 2:13

___

**5**

**50** 14:21

___

**6**

**60432** 33:2

**60601** 2:5 33:7

___

**7**

**70** 17:5
**727-4363** 33:2,27
**75** 14:20

___

**8**

**8** 13:14
**80** 17:5
**815** 33:2,27
**84** 14:20
**885** 1:6 31:6

___

**9**

**93** 14:22

**EXHIBIT C**