Mar.08.2017 16:52   JOLIET VISION CARE CENTER 815    PAGE. 2/ 5

Exam ID: 6959   Date Printed: 03/08/2017 3:20 PM

## Eyecare Examination Form

| Last Name: | JOHNSON | First Name: CEDRIC | Initial: | Exam Date: | Thu, Aug 25, 2016 |
|---|---|---|---|---|---|
| Date of Birth: | | | | Last Exam: | |
| Exam Type: | General Purpose | Provider: DAVID CASPER | | Exam No.: | 6959 |
| Doctor Start Time: | | Doctor End Time: | | Gender: | Male |
| Total face-to-face time: | min | Counseling & coordination time: | min for | | |

### Encounter History

**Allergies**  No information recorded

| Allergies | Reaction | | | | Onset Date |
|---|---|---|---|---|---|

### Chief Complaint/Reason for Visit

Chief Complaint and History of Present Illness (HPI)
Yes BLURRED FAR and NEAR

| Location | Quality | Severity | Duration | Timing | Context | Modifying Factors | Associated Signs or Symptoms |
|---|---|---|---|---|---|---|---|
| Both Eyes | Blur | Moderate | Years | Constant | Driving | Glasses | Headache |

MIGRAINES/HAS BLIND SPOT IN HES OS EYE SINCE 2014

### Current Medications (Manual Entry)

| Medication Name | Reason |
|---|---|
| Buspar | antianxiety agent |
| Zoloft | |
| Remeron | antidepressant |
| Lopressor | cardioselective beta blocker |
| Lisinopril | |
| Doxazosin | |
| Norvasc | |

### Current Medications (Electronic Entry)   No information recorded

| Brand Name | Medication Name | Start Date | Stop Date |
|---|---|---|---|

### Past, Family & Social History (PFSH)

Past
Ocular: - GLC  - AMD
        - CAT  - CA
        - OR   - Surgery
Other: 

Family
Ocular: - GLC
        - CAT
        - AMD
Other:

Medical: + HTN  + CHOL
         - DM
Other:

Medical:
Other:

### Review of Systems (ROS)

Primary ROS taken today

Eyes: • Blurred vision
Cardiovascular: • Hypertension
Psychiatric: •

### Brief Assessment of Mental Status
[X] Noted orientation to time, place and person   [X] Noted mood and affect

### Pretesting



DEPOSITION EXHIBIT
Casper 1
11-17-17

Practice Director

**EXHIBIT C.1**

1

Mar.08.2017 16:52    JOLIET VISION CARE CENTER 815     PAGE. 3/ 5

Exam ID: 6959      Date Printed: 03/08/2017 3:20 PM
Last Name: JOHNSON    First Name: CEDRIC    Initial:    Exam Date: Thu, Aug 25, 2016
Date of Birth:      Last Exam:

## Color Vision

| | OD | | | OS | |
|---|---|---|---|---|---|
| Color Vision | 8 / 8 | Type of test: Ishihara Color Plates | | 8 / 8 | Type of test: Ishihara Color Plates |
| Stereo | 9 / 9 | or (seconds of arc) | | | Type of test: Titmus Stereo Fly |

## Tonometry

OD 14    OS 18    @ 1:48 PM, CST    Method: NCT
Eye Drop    Oculus OU    @

## Visual Acuity

| | Un-Aided | | | Aided | | |
|---|---|---|---|---|---|---|
| | Dist | 16" | Pinhole | Dist | 16" | Pinhole |
| OD | 20 / 200 | 20 / 60 | 20 / 40 | 20 / | 20 / | 20 / |
| OS | 20 / 200 | 20 / 120 | 20 / 50 | 20 / | 20 / | 20 / |
| OU | 20 / 200 | 20 / 60 | 20 / 40 | 20 / | 20 / | 20 / |

Method: SNELLEN

## Vitals

| Height | 6 ft 0 in | (Patient Reported) |
|---|---|---|
| Weight | 275 lb | (Patient Reported) |
| BMI | 37.3 | |
| Blood Pressure | 114 / 92 | (Performed Here) |
| Blood Sugar | | |
| Time: | | |

## Refractions

**Objective Refraction - Autorefraction**    PD(mm):
Instrument Used: RK 5 Canon

| | Sphere | Cylinder | Axis | | Add | V Prism | Base | H Prism | Base | Acuity | Dist PD | Near PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OD | -1.75 | -0.50 | X | 100 | | | | | | 20 / | | |
| OS | -2.00 | -0.50 | X | 095 | | | | | | 20 / | | |
| OU | | | | | | | | | | 20 / | | |

**Retinoscopy**    PD(mm):
Instrument Used: Canon RK 5

| | Sphere | Cylinder | Axis | | Add | V Prism | Base | H Prism | Base | Acuity | Dist PD | Near PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OD | -1.75 | -0.50 | X | 100 | | | | | | 20 / | | |
| OS | -2.00 | -0.50 | X | 095 | | | | | | 20 / | | |
| OU | | | | | | | | | | 20 / | | |

**Subjective Refraction**
Instrument Used: SNELLEN CHART

| | Sphere | Cylinder | Axis | | Add | V Prism | Base | H Prism | Base | Dist Acuity | Near Acuity | Dist PD | Near PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OD | -1.75 | -0.75 | X | 097 | +1.50 | | | | | 20 / 25 | 20 / 25 | | |
| OS | -1.75 | -0.75 | X | 095 | +1.50 | | | | | 20 / 25 | 20 / 25 | | |
| OU | | | | | | | | | | 20 / 25 | 20 / 25 | | |

## Final Spectacle Prescription

Primary Spectacle      Expiration Date    08/25/2018

| | Sphere | Cylinder | Axis | | Add | V Prism | Base | H Prism | Base | Acuity | Dist PD | Near PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OD | -1.75 | -0.75 | X | 097 | +1.50 | | | | | 20 / 25 | | |
| OS | -1.75 | -0.75 | X | 095 | +1.50 | | | | | 20 / 25 | | |
| OU | | | | | | | | | | 20 / 25 | | |

Recommendations:
BIFOCAL Rx

## Examination


Practice Director

                  **EXHIBIT C.1**

2

Mar.08.2017 16:52 JOLIET VISION CARE CENTER 815 ███ ███ PAGE. 4/ 5

Exam ID: 6059
Date Printed: 03/08/2017 3:20 PM

Last Name: JOHNSON First Name: CEDRIC Initial: Exam Date: Thu, Aug 25, 2016
Date of Birth: ███ Last Exam:

| Pupils | Dim | Bright/Direct | Bright/Consensual | APD | Shape | Accomodative Response | Iris |
|---|---|---|---|---|---|---|---|
| OD | 4.0 mm | 2.5 mm | 2.5 mm | | Round | Normal | NORMAL |
| OS | 4.0 mm | 2.5 mm | 2.5 mm | | Round | Normal | NORMAL |

## Motility

**Cover Test**

| | Amount | | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Dist | | exo | ☐ hyper | | | | phoria |
| Near | | exo | ☐ hyper | | | | phoria |

EOM [X] Full Range of Motion OU ☐ Smooth ☐ Choppy ☐ Head Movement ☐ Limited

**NPC (Near Point of Convergence)**

| | Break (cm) | Recovery |
|---|---|---|
| Accomodative | 24 / | 32 |

## Confrontation

Confrontational Fields
FTFC OD, OS

| Adnexa | OD | OS |
|---|---|---|
| Lids | Normal | Normal |
| Lashes | NORMAL | NORMAL |
| Puncta | Clear | Clear |
| Lacrimal Glands | NORMAL | NORMAL |
| Orbits | Normal | Normal |
| Preauricular Nodes | NOT PERFORMED | NOT PERFORMED |

**Anterior Chamber**

OD
Depth: Normal
☐ Clear
☐ Cell
☐ Flare

OS
Depth: Normal
☐ Clear
☐ Cell
☐ Flare

| Conjunctiva | OD | OS |
|---|---|---|
| Palp Conj | Normal | Normal |
| Bulb Conj | Injected 1+ | Injected 1+ |

| Cornea | OD | OS |
|---|---|---|
| Epith | Normal | Normal |
| Stroma | NORMAL | NORMAL |
| Endoth | Normal | Normal |
| Tears | Normal Tear Volume | Normal Tear Volume |

**Iris**
OD [X] Flat  Rubeosis Irides
OS [X] Flat  Rubeosis Irides

**Lens**

OD
☐ Clear
[X] NS    Trace
[X] Cort  Trace
☐ PSC
☐ Aphakic
    Type    Location
☐ IOL
  posterior

OS
☐ Clear
[X] NS    Trace
[X] Cort  Trace
☐ PSC
☐ Aphakic
    Type    Location
☐ IOL
  posterior

◆ Practice Director
Electronic Practice Management Software

**EXHIBIT C.1**

3

Mar.08.2017 16:53    JOLIET VISION CARE CENTER 815 ███ ███      PAGE. 5/ 5

Exam ID: 6959      Date Printed: 03/08/2017 3:20 PM

Last Name: JOHNSON    First Name: CEDRIC    Initial:    Exam Date: Thu, Aug 25, 2016
Date of Birth: August 23, 1971      Last Exam:

**Sclera**
OD CIRCUM-CORNEA HYPERPIGMENT    OS CIRCUM-CORNEA HYPERPIGMENT

Provider Signature: *Dr. David Cooper, OD (initials)*      Date: 3/8/2017

End of EHR Documentation

Practice Director

**EXHIBIT C.1**

4