**David J Casper, O.D.**
**151 N. Springfield Ave.**
**Joliet, IL 60435**
**(815) 744-1400**

August 16, 2017

To Whom It May Concern:

    Cedric Johnson, b.d. ▮▮▮▮, was examined on August 8, 2017.

The report of the examination is as follows:

Unaided Visual Acuity:
| | Distance | Pinhole | Near |
|---|---|---|---|
| O.D. | 20/400 | 20/70 | 20/60 |
| O.S. | 20/400 | 20/70 | 20/60- |

Computerized Objective Refraction
O.D. -1.75 -1.00 x 072
O.S. -0.75 -1.25 x 082

Subjective Refraction
O.D. -0.75 -1.00 x 084
O.S. -0.50 -1.25 x 093
Add +1.50

Best Corrected Visual Acuity
O.D 20/40
O.S 20/50

Color Vision : Ishihara color plates O.D. 1/8  O.S. 2/8   Dx: Red-Green color perception deficiency
Depth Perception: 1/9 Wirt Dot, Stereovision _____ Dx: minimal depth perception

Ocular motility: full range of motion; choppy movement; left eye tropia (turned out) upon confrontation

Goldman Tonometry: O.D. 21 mm Hg  O.S. 22 mm Hg   5:56 p.m.

Biomicroscopy: lids, lashes, conjunctiva, cornea, sclera, iris – no apparent pathology.
        Early cataracts, both eyes.

Internal Ocular Health Evaluation: right optic nerve pallor

Visual Field (30-2 Humphrey): Right eye results: limited inferior central visual field less than 5 degrees.
        Left eye results: left superior temporal quadrant with limited areas of lower threshold. left Nasal Quadrant defect; inferior visual field loss with limited areas of lower threshold.*

Ocular Coherence Tomography: very limited optic nerve thinning; underlying nasal retina defect in right eye.

Summary: Cedric Johnson has an optic nerve defect. This defect may or may not have other cranial involvement. Intraocular pressure is slightly elevated but would not cause the visual field defects present. A neurologist appointment was made.

Conclusion: I suggest an M.R.I. to determine extent of cranial involvement.

*testing requires attentiveness, understanding, and performance. Patient subjective responses determine level of threshold detected.

Respectfully Yours,

*David J Casper, O.D.*
David J. Casper, O.D.

DEPOSITION EXHIBIT
Casper 2
11-17-16

**EXHIBIT C.2**



**EXHIBIT C.2**



EXHIBIT C.2

### Dr. David J. Casper Associates
151 N. Springfield Joliet IL 815-744-1400

Patient: JOHNSON, CEDRIC
Physician: CASPER, O.D., DAVID J
Operator: MAYER, JILLENE L
Disease:

Gender: Male
ID:

Exam Date: 08/08/2017
DOB(age):
Ethnicity: African Descendant
Algorithm Ver: A2016, 2, 0, 18



Report Date: Tuesday 08/08/2017 17:27:32
Comment:
Signature:

Software Version: 2016.2.0.18

Defining the OCT Revolution



**EXHIBIT C.2**

# Dr. David J. Casper Associates

151 N. Springfield  Joliet IL  815-███

Patient: JOHNSON, CEDRIC
Physician: CASPER, O.D., DAVID J
Operator: MAYER, JILLENE L
Disease:

Gender: Male
ID:

Exam Date: 08/08/2017
DOB(age):
Ethnicity: African Descendant
Algorithm Ver: A2016, 2, 0, 18



Report Date: Tuesday 08/08/2017 18:19:55   Software Version: 2016.2.0.18
Comment:
Signature:

Defining the OCT Revolution



**EXHIBIT C.2**

## Dr. David J. Casper Associates

151 N. Springfield  Joliet IL  815-███

Patient: JOHNSON, CEDRIC
Physician: CASPER, O.D., DAVID J
Operator: MAYER, JILLENE L
Disease:

Gender: Male
ID:

Exam Date: 08/08/2017
DOB(age):
Ethnicity: African Descendant
Algorithm Ver: A2016, 2, 0, 18

### Nerve Fiber ONH

Scan Quality Index: Good 49   View Reproducibility

**Left / OS**



☐ Not in Trend Analysis

| RNFL Analysis | µm | ONH Analysis | |
|---|---|---|---|
| Avg RNFL Thickness | 87 | Cup/Disc Area Ratio | 0.17 |
| Avg Superior RNFL | 92 | Cup/Disc V. Ratio | 0.25 |
| Avg Inferior RNFL | 81 | Cup/Disc H. Ratio | 0.60 |
| Superior - Inferior | 12 | Rim Area (mm²) | 2.01 |
| | | Disc Area (mm²) | 2.43 |
| | | Cup Volume (mm³) | |

Report Date: Tuesday 08/08/2017 18:20:24
Comment:
Signature:

Software Version: 2016.2.0.18

Defining the OCT Revolution



**EXHIBIT C.2**

## Dr. David J. Casper Associates

151 N. Springfield  Joliet IL  815-████

Patient: JOHNSON, CEDRIC
Physician: CASPER, O.D., DAVID J
Operator: MAYER, JILLENE L
Disease:

Gender: Male
ID:

Exam Date: 08/08/2017
DOB(age):
Ethnicity: African Descendant
Algorithm Ver: A2016, 2, 0, 18

**3D Fundus Enface**          Scan Quality Index  Good  49          **Left / OS**

8.00 x 8.00 Scan Size (mm)




Report Date: Tuesday 08/08/2017 18:21:12          Software Version: 2016.2.0.18
Comment:
Signature:

Defining the OCT Revolution                    optovue

**EXHIBIT C.2**

Dr. David J. Casper

Patient: JOHNSON, CEDRIC
Physician: CASPER, O.D., DAVID J
Operator: MAYER, JILLENE L
Disease:

Gender: Male
ID:

Exam Date: 08/08/2017
DOB(age):
Ethnicity: African Descendant
Algorithm Ver: A2016, 2, 0, 18



Right / OD — Retina Map

Report Date: Tuesday 08/08/2017 17:26:13
Software Version: 2016.2.0.18
Comment:
Signature:

Defining the OCT Revolution


optovue

**EXHIBIT C.2**

## Dr. David J. Casper Associates
151 N. Springfield  Joliet IL  815-744-1400

Patient: JOHNSON, CEDRIC
Physician: CASPER, O.D., DAVID J
Operator: MAYER, JILLENE L
Disease:

Gender: Male
ID:

Exam Date: 08/08/2017
DOB(age):
Ethnicity: African Descendant
Algorithm Ver: A2016, 2, 0, 18



Nerve Fiber GCC Thickness Map

Scan Quality Index

View Reproducibility
NDB Reference

Right / OD

Not in Trend Analysis

Report Date: Tuesday 08/08/2017 18:18:25
Comment:
Signature:

Software Version: 2016.2.0.18

Defining the OCT Revolution



**EXHIBIT C.2**





**EXHIBIT C.2**

## Dr. David J. Casper Associates

151 N. Springfield  Joliet IL  815-744-1400

Patient: JOHNSON, CEDRIC
Physician: CASPER, O.D., DAVID J
Operator: MAYER, JILLENE L
Disease:

Gender: Male
ID:

Exam Date: 08/08/2017
DOB(age):
Ethnicity: African Descendant
Algorithm Ver: A2016, 2, 0, 18

**3D Fundus Enface**        Scan Quality Index  Good  60        **Right / OD**

8.00 x 8.00 Scan Size (mm)




Report Date: Tuesday 08/08/2017 18:19:34        Software Version: 2016.2.0.18
Comment:
Signature:

Defining the OCT Revolution        

**EXHIBIT C.2**



**EXHIBIT C.2**

LEFT FUNDUS VIEW
CEDRIC JOHNSON

**EXHIBIT C.2**



**EXHIBIT C.2**

LEFT OPTIC NERVE
CEDRIC JOHNSON

**EXHIBIT C.2**



**EXHIBIT C.2**



**EXHIBIT C.2**

RIGHT OPTIC NERVE

CEDRIC JOHNSON

**EXHIBIT C.2**