THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEDRIC LYN JOHNSON (B18840),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVARISTO AGUINALDO, et al.<br><br>　　　　Defendants. | Case No. 15 CV 885<br><br>Honorable Susan E. Cox |

**<u>Defendant's Status Report Regarding Substitution of Party for Plaintiff</u>**

Defendant, Dr. Aguinaldo, by and through his undersigned counsel, and in response to this Court's order of August 8, 2018 (ECF 77), states as follows:

1. Undersigned counsel has conducted a person report of Mr. Johnson to obtain his known addresses and potential successors in interest, as well as a records search of potential state court venues where an estate, if any, could have been opened in Mr. Johnson's name.

2. According to the undersigned's search of public records in Will, Kendall, and Cook County, no estate has been opened for Mr. Johnson.

3. In obtaining the results of the person search for Mr. Johnson, several possible family names appeared in connection with prior addresses for Mr. Johnson. These members may be successors in interest for Mr. Johnson.

4. However, counsel is unfamiliar with Mr. Johnson's estate planning (if any) or familial make-up, this is based upon undersigned's inference based upon results of the person report conducted on Mr. Johnson. Undersigned counsel is aware that Mr. Johnson had two children who lived in Bolingbrook but is unable to determine the identity or location of these individuals.

Counsel notes that there are several other individuals listed in the person report; counsel is happy to provide these names to the Court if it so desires.

5.  Out of an abundance of caution, undersigned counsel has sent a brief letter with the Court's April 2018 Order, via FedEx, to three addresses that resulted from the person search for Mr. Johnson. In that letter, counsel has requested that the names and addresses be provided to the undersigned so that they may be sent notice as well.

6.  The aforementioned letters were mailed on today's date, <u>August 20, 2018.</u> A copy of this status report is also being included in the mailing being set to Mr. Johnson's last known addresses.

7.  Undersigned counsel apologizes to the Court for the delay in this matter; the undersigned was involved in two jury trials and the work-up of a third trial in the interim period and inadvertently mis-calendared the matter for follow up.

8.  Should the Court desire, counsel is happy to provide the court with an updated status report regarding receipt of the aforementioned letters; counsel suggests a week or two for that report.

        Respectfully submitted,

        /s/ Chad M. Skarpiak_____
        CUNNINGHAM, MEYER & VEDRINE, P.C.
        1 East Wacker Drive, Suite 2200
        Chicago, Illinois 60601
        Tel: (312) 578-0049
        Fax: (312) 578-0247
        E-Mail: cskarpiak@cmvlaw.com

## Certificate of Service

The undersigned attorney hereby certifies that on August 20, 2018 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that a copy of the foregoing was sent to:

Ms. Joberta Fitzgerald Johnson
Ms. Janae Johnson
Mr. Leo Johnson
Mr. Robert Johnson
Mr. Floyd Johnson
7801 Boxwood Lane
Plainfield, IL 60568-2263

Ms. Joberta Fitzgerald Johnson
Ms. Janae Johnson
Mr. Leo Johnson
Mr. Robert Johnson
Mr. Floyd Johnson
1073 Ridgewood Drive,
Bolingbrook, IL 60440

Ms. Joberta Fitzgerald Johnson
Ms. Janae Johnson
Mr. Leo Johnson
Mr. Robert Johnson
Mr. Floyd Johnson
52D Fernwood Drive
Bolingbrook, IL 60440-2929

/s/ Chad M. Skarpiak