# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cedric Lyn Johnson

                           Plaintiff,

v.                                              Case No.: 1:15−cv−00885

                                              Honorable Susan E. Cox

Salvador Godinez, et al.

                           Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2018:

      MINUTE entry before the Honorable Susan E. Cox: Status conference set for 11/26/18 at 9:30 a.m stricken and re−set to 12/4/18 at 9:30 a.m. No appearance necessary on 11/27/18 at 9:30 a.m. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.